## STATE OF COLORADO



**COLORADO**
**Department of Transportation**
Division of Project Support

**Engineering Contracts Branch**
**Staff Authority Contracting Officer**
4201 East Arkansas Avenue  Suite 200
Denver, Colorado 80222
Telephone: (303) 757-9480

June 17, 2016

**Flatiron | AECOM LLC**
**Eric Taylor Matt Barnes**
**385 Interlocken Crescent Blvd.  Suite 900**
**Broomfield, CO 80021**

C 470 Tolled Express Lanes  Segment 1 Design / Build  Contract
Project #NHPP 4701-124 (18999)

Contract Routing # 16-HA1-ZG-00140  PO # 461000781

Dear Matt,

Enclosed is one (1) Fully Executed Executory "Original" Copy of the Design / Build Contract for the CDOT Region 1 C-470 Express Lanes Design/Build Contract

Also enclosed, are the Exhibits to the Contract.

Also attached, are the Payment & Performance Bonds, (Form N and Form O)

No work is to begin until the "Notice to Proceed" #1 is received from CDOT Region 1 Project Director, Jerome Estes for commencement of any work on the C-470 Express Lanes Segment 1 Design Build project.

Thank you so for Flatiron |AECOM LLC's tremendous efforts during the RFQ, RFP and final contract execution process, and getting this exciting project under way.

Best Regards,

David Wells
CDOT  Staff Authority Contracting Officer

Enclosed: 1 Original Contract  /  1 Original Contract Exhibits  1 original copy Bonds

**EXHIBIT 1**



## COLORADO DEPARTMENT OF TRANSPOTATION

&

## FLATIRON | AECOM LLC

## CONTRACT # 16-HA1-ZG-00140

## PO # 46100781

## *C-470 Tolled Express Lanes Segment 1 Design-Build Project*

PROJECT NO.: NHPP 4701-124

Sub Account #: 18999

  

EXHIBIT 1

C-470 TOLLED EXPRESS LANES SEGMENT 1 DESIGN-BUILD PROJECT
PROJECT: NHPP 4701-124                         CONTRACT ROUTING 16-HA1-ZG-00140
BOOK 1 – CONTRACT

# TABLE OF CONTENTS

| | | |
|---|---|---|
| 1.0 | CONTRACT COMPONENTS; INTERPRETATION OF CONTRACT DOCUMENTS | 12 |
| 1.1 | Certain Definitions | 12 |
| 1.2 | Contract Documents | 12 |
| 1.3 | Order of Precedence | 12 |
| 1.4 | Reference Documents | 12 |
| 1.5 | Interpretations | 13 |
| 1.6 | Referenced Standards, Codes, or Criteria | 13 |
| 1.7 | Omission of Details; Clarification by CDOT | 13 |
| 1.8 | Computation of Periods | 14 |
| 1.9 | Standard for Approvals | 14 |
| 1.10 | Federal Requirements | 14 |
| 2.0 | OBLIGATIONS OF CONTRACTOR | 15 |
| 2.1 | Performance Requirements | 15 |
| 2.1.1 | Performance of Work | 15 |
| 2.1.2 | Performance Standards | 15 |
| 2.1.3 | Performance as Directed | 15 |
| 2.2 | General Obligations of Contractor | 15 |
| 2.3 | Representations, Warranties, and Covenants | 16 |
| 2.3.1 | Maintenance of Professional Qualifications | 16 |
| 2.3.2 | Evaluation of Constraints | 17 |
| 2.3.3 | Feasibility of Performance | 17 |
| 2.3.4 | Review of Site Information | 17 |
| 2.3.5 | Governmental Approvals | 17 |
| 2.3.6 | Progression of Work | 17 |
| 2.3.7 | Employee Performance Requirements | 18 |
| 2.3.8 | Design and Engineering Personnel | 18 |
| 2.3.9 | Organization | 18 |
| 2.3.10 | Authorization | 18 |
| 2.3.11 | Legal, Valid, and Binding Obligation | 18 |
| 2.3.12 | False or Fraudulent Statements and Claims | 19 |
| **2.3.13** | **Certifications Regarding TIFIA Loan Agreement** | **19** |
| 2.4 | Requirements Regarding Basic Configuration and Contract Drawings | 19 |
| 2.4.1 | Obligation to Review Contract Drawings | 19 |
| 2.4.2 | Required Approvals | 19 |
| 2.4.3 | Necessary Design Change | 20 |
| 2.5 | Design Documents | 20 |
| 3.0 | INFORMATION SUPPLIED TO CONTRACTOR; RESPONSIBILITY FOR DESIGN; DISCLAIMER | 21 |
| 3.1 | Information Supplied | 21 |
| 3.2 | Responsibility for Design | 21 |
| 3.3 | Disclaimer | 21 |
| 3.3.1 | No Liability Regarding Reference Documents | 21 |
| 3.3.2 | No Representation or Warranty Regarding Basic Configuration and Reference Documents | 22 |

**EXHIBIT 1**

Case No. 1:19-cv-02811-WJM-KAS   Document 300-1   filed 12/01/23   USDC Colorado   pg 4 of 17

C-470 TOLLED EXPRESS LANES SEGMENT 1 DESIGN-BUILD PROJECT
PROJECT: NHPP 4701-124                    CONTRACT ROUTING 16-HA1-ZG-00140
BOOK 1 – CONTRACT

    3.4 Professional Licensing Laws ........................................................................... 22
4.0 TIME WITHIN WHICH PROJECT SHALL BE COMPLETED; SCHEDULING ................ 23
    4.1 Time of Essence ............................................................................................. 23
    4.2 Notices to Proceed .......................................................................................... 23
        4.2.1 Issuance of Notice-to-Proceed 1 ................................................................ 23
        4.2.2 Issuance of Notice-to-Proceed 2 ................................................................ 23
    4.3 Completion Deadlines ..................................................................................... 23
        4.3.1 Project Completion Deadline ...................................................................... 23
        4.3.2 Final Acceptance Deadline ......................................................................... 23
        4.3.3 No Time Extensions ................................................................................... 23
    4.4 Contract Schedules ......................................................................................... 24
    4.5 Recovery Schedule ......................................................................................... 24
    4.6 Prerequisites for Start of Construction ............................................................ 24
5.0 CONTROL OF WORK ............................................................................................... 25
    5.1 Control and Coordination of Work ................................................................... 25
    5.2 Safety .............................................................................................................. 25
    5.3 Process to be Followed for Discovery of Certain Site Conditions ................... 25
        5.3.1 Notification to CDOT ................................................................................... 25
        5.3.2 Further Investigation ................................................................................... 25
        5.3.3 Recommence Work .................................................................................... 25
    5.4 Obligation to Minimize Impacts ........................................................................ 26
    5.5 Quality Management ....................................................................................... 26
        5.5.1 Contractor Quality Management ................................................................. 26
        5.5.2 Oversight, Verification, Inspection, and Testing by CDOT and Others ...... 26
        5.5.3 Obligation to Uncover Finished Work ......................................................... 26
    5.6 Effect of Oversight, Spot Checks, Verifications, Tests, Acceptances, and Approvals ............. 27
        5.6.1 Oversight and Acceptance ......................................................................... 27
        5.6.2 No Estoppel ................................................................................................ 27
    5.7 Nonconforming Work ....................................................................................... 27
        5.7.1 Rejection, Removal, and Replacement of Work ........................................ 27
        5.7.2 Nonconforming Work Pay Adjustment ....................................................... 28
6.0 ACCESS TO SITE, UTILITY RELOCATIONS, ENVIRONMENTAL MITIGATION ........ 29
    6.1 Access to Site .................................................................................................. 29
        6.1.1 Access to Right-of-Way Identified on Right-of-Way Plans ......................... 29
        6.1.2 Access to Right-of-Way Not Identified on Right-of-Way Plans .................. 29
        6.1.2.3 Preparation of Documents ........................................................................ 30
        6.1.3 Failure to Have Necessary Rights of Access ............................................. 30
    6.2 Utility Relocations ............................................................................................ 30
        6.2.1 Accuracy of Design and Data ..................................................................... 31
        6.2.2 Reserved .................................................................................................... 32
        6.2.3 Betterments and Requested Relocations .................................................. 32
        6.2.4 Utility Delays ............................................................................................... 32
        6.2.5 Certain Obligations of Contractor ............................................................... 33
        6.2.6 Additional Restrictions on Change Orders ................................................. 33

EXHIBIT 1

C-470 TOLLED EXPRESS LANES SEGMENT 1 DESIGN-BUILD PROJECT
PROJECT: NHPP 4701-124                                   CONTRACT ROUTING 16-HA1-ZG-00140
BOOK 1 – CONTRACT

    6.3   Environmental Compliance ........................................................................................................ 34
        6.3.1    Mitigation Requirements ................................................................................................ 34
        6.3.2    New Environmental Approvals ..................................................................................... 34
**7.0 CIVIL RIGHTS REQUIREMENTS** ............................................................................................................ **35**
    7.1 Equal Employment Opportunity (EEO) and Labor ....................................................................... 35
        7.1.1    Affirmative Action and EEO Policy ............................................................................... 35
        7.1.2    Labor Compliance/Davis Bacon Minimum Wages ....................................................... 35
        7.1.3    On-the-Job Training ...................................................................................................... 35
    7.2   Title VI of the Civil Rights Act Requirements ............................................................................ 36
        7.2.1    Title VI Assurance Appendix A ..................................................................................... 36
        7.2.2 Disadvantaged Business Enterprise. ................................................................................. 37
    7.3 Limitation on Subcontracted Work ................................................................................................ 38
    7.4 Subcontracting Requirements ....................................................................................................... 38
    7.5 Assignment of Subcontract Rights ............................................................................................... 38
    7.6 Subcontract Terms ........................................................................................................................ 38
    7.6.1.    Retainage ............................................................................................................................. 38
    7.6.2    Required Terms .................................................................................................................. 38
    7.7 Subcontract Data & Reporting ...................................................................................................... 39
    7.8 Responsibility for Work by Subcontractors .................................................................................. 39
    7.9 Key Personnel ............................................................................................................................... 40
        7.9.1 Key Personnel .................................................................................................................... 40
        7.9.2 Representations, Warranties, and Covenants .................................................................. 40
    7.10 Character of Workers .................................................................................................................. 40
**8.0        SURETY BONDS** ........................................................................................................................... **41**
    8.1   Proposal Bond ............................................................................................................................... 41
    8.2   Performance Bond ........................................................................................................................ 41
    8.3   Payment Bond .............................................................................................................................. 41
    8.4   Utility Work .................................................................................................................................... 41
    8.5   No Relief of Liability ...................................................................................................................... 41
**9.0        INSURANCE** ..................................................................................................................................... **42**
    9.1   General Insurance Requirements ................................................................................................. 42
        9.1.1    Evidence of Insurance .................................................................................................. 42
        9.1.2    A.M. Best Rating ........................................................................................................... 42
        9.1.3    Full Force and Effect .................................................................................................... 42
        9.1.4    No Recourse ................................................................................................................. 42
        9.1.5    Indemnification ............................................................................................................. 42
    9.2   Contractor Provided Insurance ..................................................................................................... 43
    9.2.1    Workers' Compensation and Employer's Liability Coverage ............................................ 43
        9.2.2    Commercial General Liability Insurance ...................................................................... 43
        9.2.3    Automobile Liability Insurance ...................................................................................... 43
        9.2.4    Excess (Umbrella) Liability Insurance ......................................................................... 44
        9.2.5    Contractor's Pollution Legal Liability Coverage ........................................................... 44
        9.2.6    Professional Liability Insurance ................................................................................... 44
        9.2.7    Railroad Protective Insurance ..................................................................................... 45
        9.2.8    Builder's Risk ................................................................................................................ 45

C-470 TOLLED EXPRESS LANES SEGMENT 1 DESIGN-BUILD PROJECT
PROJECT: NHPP 4701-124                                         CONTRACT ROUTING 16-HA1-ZG-00140
BOOK 1 – CONTRACT

| | | |
|---|---|---|
| **10.0** | **RISK OF LOSS** | **46** |
| | 10.1 Site Security | 46 |
| | 10.2 Maintenance and Repair of Work and On-Site Property | 46 |
| |    10.2.1 Responsibility of Contractor | 46 |
| |    10.2.2 Relief from Liability for Maintenance | 47 |
| |    10.2.3 Landscape | 47 |
| |    10.2.4 Wetland Maintenance | 47 |
| | 10.3 Damage to Off-Site Property | 47 |
| | 10.4 Third Party Agreements | 47 |
| | 10.5 Title | 47 |
| **11.0** | **PAYMENT** | **48** |
| | 11.1 Contract Price | 48 |
| |    11.1.1 Contract Price | 48 |
| |    11.1.2 Items Included in Contract Price | 48 |
| |    11.1.3 Delay in Issuance of Notice-to-Proceed 1 | 48 |
| | 11.2 Invoices and Payment | 49 |
| | 11.3 Limitations on Payment | 49 |
| |    11.3.1 Requirement to Provide Corrected Monthly Update | 49 |
| |    11.3.2 Notice-to-Proceed 1 Payment Cap | 49 |
| |    11.3.3 Unincorporated Materials | 49 |
| |    11.3.4 Materials Ineligible for Payment | 50 |
| |    11.3.5 Nonconforming Work | 50 |
| | 11.4 Mobilization | 50 |
| |    11.4.1 Mobilization Amount | 50 |
| | 11.5 Retainage; Deductions | 51 |
| |    11.5.1 Retainage | 51 |
| |    11.5.2 Substitution of Acceptable Securities | 51 |
| |    11.5.3 Deductions | 51 |
| | 11.6 Final Payment | 51 |
| |    11.6.1 Application for Final Payment | 51 |
| |    11.6.2 Payment | 52 |
| | 11.7 Payments to Subcontractors | 53 |
| |    11.7.1 Prompt Payment | 53 |
| |    11.7.2 Release of Retainage | 53 |
| | 11.8 Disputes | 53 |
| **12.0** | **VALUE ENGINEERING AND NEGOTIATED CHANGES** | **54** |
| | 12.1 Value Engineering Change Proposals | 54 |
| |    12.1.1 Definition of Value Engineering Change Proposal | 54 |
| |    12.1.2 Required Information | 54 |
| |    12.1.3 CDOT Review and Approval or Rejection | 55 |
| |    12.1.4 Disputes Regarding Applicability of Value Engineering Change Proposals | 55 |
| |    12.1.5 Contract Price Adjustment | 55 |

EXHIBIT 1

**C-470 TOLLED EXPRESS LANES SEGMENT 1 DESIGN-BUILD PROJECT**
**PROJECT: NHPP 4701-124**                    **CONTRACT ROUTING 16-HA1-ZG-00140**
**BOOK 1 – CONTRACT**

| | |
|---|---:|
| 12.2 Negotiated Changes | 56 |
| 12.3 Use of Value Engineering Change Proposals and Negotiated Changes by CDOT | 56 |
| 13.1 Changes in the Work and Encumbrance of Funds. | 57 |
| 13.2 Circumstances Under Which Change Orders may be Issued | 57 |
| 13.2.1 Definition of and Requirements Relating to Change Orders | 57 |
| 13.2.2 Directive Letter as Condition Precedent to Claim that CDOT-Directed Change Occurred | 58 |
| 13.2.3 Changes in Law | 58 |
| 13.3 Procedure for CDOT Initiated Change Orders | 58 |
| 13.3.1 Request for Change Proposal (RCP) | 59 |
| 13.3.2 Unilateral Change Orders | 60 |
| 13.3.3 Options | 60 |
| 13.4 Procedure for Contractor Requested Change Orders | 60 |
| 13.4.1 Eligible Changes | 60 |
| 13.4.2 Conditions Precedent | 63 |
| 13.4.3 Performance of Disputed Work | 65 |
| 13.5 Contents of Change Orders | 65 |
| 13.5.1 Form of Change Order | 65 |
| 13.5.2 Scope of Work, Cost Estimate, Delay Analysis, and Information Regarding Change | 65 |
| 13.5.3 Justification | 66 |
| 13.5.4 Contractor Representation | 66 |
| 13.5.5 Incomplete Change Orders | 66 |
| 13.6 Certain Limitations | 67 |
| 13.6.1 Limitation on Contract Price Increases | 67 |
| 13.6.2 Limitation on Acceleration Costs; Delay and Disruption Damages | 67 |
| 13.6.3 Limitation on Time Extensions | 68 |
| 13.7 Pricing of Change Orders | 68 |
| 13.7.1 Contents | 68 |
| 13.7.2 Unit Price Change Orders | 69 |
| 13.7.3 Added, Deleted, or Both Added and Deleted Work | 69 |
| 13.8 Time and Materials Change Orders | 69 |
| 13.8.1 Labor Costs | 69 |
| 13.8.2 Material Costs | 70 |
| 13.8.3 Equipment | 70 |
| 13.8.4 Permit Fees | 72 |
| 13.8.5 Subcontracted Work | 72 |
| 13.8.6 Mark-Ups | 72 |
| 13.8.7 Time and Materials Records | 73 |
| 13.8.8 Compliance with Federal Acquisition Regulation | 74 |
| 13.9 Necessary Design Changes | 74 |
| 13.9.1 Increase in Contract Price and/or Extension of Completion Deadlines | 74 |
| 13.9.2 Decrease in Contract Price and/or Extension of Completion Deadlines | 74 |
| 13.9.3 Change in Basic Configuration or Temporary Configuration Resulting from Value Engineering Change Proposal | 74 |
| 13.10 Differing Site Conditions | 74 |
| 13.10.1 Responsibilities of CDOT | 74 |
| 13.10.2 Burden of Proof | 74 |

**EXHIBIT 1**

C-470 TOLLED EXPRESS LANES SEGMENT 1 DESIGN-BUILD PROJECT
PROJECT: NHPP 4701-124                                       CONTRACT ROUTING 16-HA1-ZG-00140
BOOK 1 – CONTRACT

| | | |
|---|---|---|
| 13.11 | Certain Events | 75 |
| 13.12 | Hazardous Substances Management | 75 |
| 13.12.1 | Price Increase | 75 |
| 13.12.2 | Time Extension | 75 |
| 13.12.3 | Limitations on Change Orders | 75 |
| 13.13 | Material Errors in Right-of-Way Plans | 76 |
| 13.14 | Waiver | 76 |
| 13.15 | Disputes | 76 |
| 13.16 | No Release or Waiver | 76 |
| 13.16.1 | Extension of Time for Performance | 76 |
| 13.16.2 | No Change Order Based on Course of Conduct or Order by Unauthorized Person | 77 |
| 13.16 | Option Letters and Encumbrance of Funds | 77 |
| **14.0** | **SUSPENSION OF WORK** | **78** |
| 14.1 | Suspension for Convenience | 78 |
| 14.2 | Suspension for Cause | 78 |
| 14.3 | Contractor Responsibilities During Suspension | 78 |
| **15.0** | **TERMINATION FOR CONVENIENCE** | **79** |
| 15.1 | Notice of Termination | 79 |
| 15.2 | Contractor Responsibilities Upon Termination | 79 |
| 15.3 | Responsibility After Notice of Termination | 80 |
| 15.4 | Negotiated Termination Settlement | 80 |
| 15.4.1 | Settlement Proposal | 80 |
| 15.4.2 | Negotiated Settlement Amount | 80 |
| 15.5 | Determination of Settlement Amount if Negotiations Fail | 81 |
| 15.5.1 | Payment Amount | 81 |
| 15.5.2 | Maximum Compensation | 82 |
| 15.5.3 | Excluded Items | 82 |
| 15.5.4 | Payment of Termination Amount | 82 |
| 15.6 | Partial Termination | 82 |
| 15.7 | Reduction in Amount of Claim | 82 |
| 15.8 | Partial Payments | 83 |
| 15.9 | Inclusion in Subcontracts | 83 |
| 15.10 | Limitation on Payments to Subcontractor | 83 |
| 15.11 | No Unearned Profits or Consequential Damages | 83 |
| 15.12 | No Waiver | 83 |
| 15.13 | Dispute Resolution | 84 |
| 15.14 | Allowability of Costs | 84 |
| 15.15 | Suspension of Work | 84 |
| 15.16 | Termination Due to Non-Appropriation of Funds | 84 |
| 15.16.1 | Availability of Funds | 84 |
| 15.16.2 | Anticipated Appropriations | 84 |
| 15.16.3 | Remedy for Failure to Appropriate | 84 |

EXHIBIT 1

**C-470 TOLLED EXPRESS LANES SEGMENT 1 DESIGN-BUILD PROJECT**
PROJECT: NHPP 4701-124                                                             CONTRACT ROUTING 16-HA1-ZG-00140
BOOK 1 – CONTRACT

| | | |
|---|---|---|
| 16.0 | DEFAULT | 86 |
| | 16.1 Default by Contractor | 86 |
| |    16.1.1 Events of Default | 86 |
| |    16.1.2 Right to Cure | 87 |
| | 16.2 Remedies | 87 |
| |    16.2.1 Rights of CDOT | 87 |
| |    16.2.2 Liability of Contractor | 88 |
| | 16.3 Right to Stop Work if Undisputed Payment is Not Made | 89 |
| | 16.4 Notice and Opportunity to Cure Other Types of CDOT Breaches | 90 |
| 17.0 | DAMAGES | 91 |
| | 17.1 Liquidated Damages | 91 |
| |    17.1.1 Failure to Meet Contract Requirements | 91 |
| |    17.1.2 Reasonableness of Liquidated Damage Amounts | 92 |
| | 17.2 Waiver | 92 |
| |    17.2.1 No Waiver | 92 |
| | 17.3 Payment of Liquidated Damages | 92 |
| 18.0 | INDEMNIFICATION | 93 |
| | 18.1 Indemnifications by Contractor | 93 |
| |    18.1.1 General Indemnities | 93 |
| |    18.1.2 Design Defects | 94 |
| |    18.1.3 Losses Due to Negligence of Indemnified Parties | 94 |
| |    18.1.4 Claims by Employees | 94 |
| |    18.1.5 Reliance on Contractor's Performance | 94 |
| |    18.1.6 Indemnities in Connection with Utilities | 94 |
| | 18.2 Responsibility of CDOT for Certain Hazardous Substances | 95 |
| |    18.2.1 Pre-Existing Site Contamination | 95 |
| |    18.2.2 Generator Number for Hazardous Waste Remediation | 95 |
| | 18.3 No Effect on Other Rights | 95 |
| | 18.4 Comprehensive Environmental Response, Compensation, and Liability Act Agreement | 95 |
| | 18.5 Intent of Indemnity for Breach of Contract | 96 |
| 19.0 | PARTNERING, CLAIMS FOR ADJUSTMENT AND DISPUTES | 97 |
| | 19.1 Partnering | 97 |
| | 19.2 Dispute Resolution; General Provisions | 97 |
| |    19.2.1 Mandatory Nature of Process | 97 |
| |    19.2.2 Disputes; Disputes Governed by this Section; Priorities; Disputes Involving Utility Owners | 97 |
| |    19.2.3 Overview of Process | 98 |
| |    19.2.4 Continuation of Work | 98 |
| |    19.2.5 Notice and Record Keeping for Disputes | 98 |
| |    19.2.6 Monthly Settlement Negotiations | 98 |
| |    19.2.7 Claim Requirements | 98 |
| 20.0 | ACCEPTANCE OF PROJECT | 100 |
| | 20.1 Project Completion | 100 |
| |    20.1.1 Notice by Contractor | 100 |

Case No. 1:19-cv-02811-WJM-KAS Document 300-1 filed 12/01/23 USDC Colorado pg 10 of 17

C-470 TOLLED EXPRESS LANES SEGMENT 1 DESIGN-BUILD PROJECT
PROJECT: NHPP 4701-124
BOOK 1 – CONTRACT
CONTRACT ROUTING 16-HA1-ZG-00140

20.1.2 Correction of Defects..........................................................................................100
20.1.3 Conditions to Affidavit of Final Completion........................................................100
20.1.4 Inspection and Issuance of Notice of Final Acceptance....................................102
20.2 Overpayments; No Relief from Continuing Obligations ...............................................102
20.3 Opening of Sections of Project to Traffic .....................................................................102
20.3.1 Plan for Opening to Traffic..................................................................................102
20.3.2 Direction to Open Following Contractor Failure to Perform...............................102
20.3.3 No Waiver............................................................................................................103
20.3.4 Replacement of Performance Bond ...................................................................103
20.4 Landscape Acceptance................................................................................................103
20.5 Assignment of Causes of Action. .................................................................................103
21.0 WARRANTIES .........................................................................................................................104
21.1 Warranties by Contractor .............................................................................................104
21.1.1 Project Warranties...............................................................................................104
21.1.2 Transfer of Title ...................................................................................................104
21.1.3 Project Warranty Term ........................................................................................104
21.1.4 Corrective Work...................................................................................................105
21.1.5 Costs of Correction of Work ...............................................................................105
21.2 Warranty of Corrected Work ........................................................................................105
21.3 Subcontractor Warranties ............................................................................................105
21.3.1 Assignment..........................................................................................................105
21.3.2 Enforcement ........................................................................................................106
21.4 No Limitation of Liability ...............................................................................................106
21.5 Warranty Beneficiaries .................................................................................................106
21.6 Remedies for Breach of Warranty................................................................................106
21.7 Disputes .......................................................................................................................106
22.0 DOCUMENTS AND RECORDS ..................................................................................................107
22.1 Escrowed Proposal Documents...................................................................................107
22.1.1 Review of Escrowed Proposal Documents .......................................................107
22.1.2 Property of Contractor ........................................................................................107
22.1.3 Representation and Warranty ............................................................................107
22.1.4 Contents of Escrowed Proposal Documents.....................................................108
22.1.5 Format of Escrowed Proposal Documents........................................................108
22.1.6 Review by CDOT.................................................................................................108
22.1.7 Confidentiality......................................................................................................109
22.2 Subcontractor Pricing Documents ...............................................................................109
22.3 Project Records............................................................................................................109
22.3.1 Maintenance of Records.....................................................................................109
22.3.2 Audit and Inspection Rights................................................................................109
22.3.3 Audit of Time and Materials Work ......................................................................109
22.3.4 Change Order Pricing Data ................................................................................110
22.3.5 Claims Audits.......................................................................................................110
22.4 Retention of Records ...................................................................................................111
22.5 Colorado Open Records Act........................................................................................111
22.5.1 Applicability of Act ...............................................................................................111

C-470 TOLLED EXPRESS LANES SEGMENT 1 DESIGN-BUILD PROJECT
PROJECT: NHPP 4701-124                                                                    CONTRACT ROUTING 16-HA1-ZG-00140
BOOK 1 – CONTRACT

    22.5.2  Confidential Materials .................................................................................................... 111
    22.5.3  Contractor to Defend Against Disclosure Request ........................................................ 112
  22.5.4    Cooperation with CDOT Regarding Colorado Open Records Act Requests .................. 112
23.0        COOPERATION AND COORDINATION WITH OTHERS ...................................................................... 113
  23.1  Cooperation with Other Contractors ..................................................................................... 113
  23.2  Interference by Other Contractors ........................................................................................ 113
24.0        MISCELLANEOUS PROVISIONS ..................................................................................................... 114
  24.1  Amendments ........................................................................................................................ 114
  24.2  Waiver .................................................................................................................................. 114
    24.2.1  No Waiver of Subsequent Rights .................................................................................. 114
    24.2.2  Custom Does not Constitute Waiver ............................................................................. 114
    24.2.3  Waivers Must be in Writing ............................................................................................ 114
  24.3  Successors and Assigns ...................................................................................................... 114
    24.3.1  Assignment by CDOT .................................................................................................... 114
    24.3.2  Assignment by Contractor ............................................................................................. 114
  24.4  Designation of, and Cooperation with Representatives ........................................................ 115
    24.4.1  Designation of Representatives ..................................................................................... 115
    24.4.2  Cooperation ................................................................................................................... 115
  24.5  Gratuities .............................................................................................................................. 115
  24.6  Survival ................................................................................................................................ 115
  24.7  Limitation on Third-Party Beneficiaries ................................................................................. 115
  24.8  No Personal Liability ............................................................................................................ 115
  24.9  Notices and Communications ............................................................................................... 116
    24.9.1  Delivery of Notices ......................................................................................................... 116
    24.9.2  Receipt of Notices ......................................................................................................... 116
    24.9.3  Copies of Correspondence to CDOT ............................................................................ 117
  24.10  Further Assurances ............................................................................................................ 117
  24.11  Severability ......................................................................................................................... 117
  24.12  Headings ............................................................................................................................ 117
  24.13  Governing Law ................................................................................................................... 117
  24.14  Special Provisions .............................................................................................................. 118
  24.15  Entire Agreement ............................................................................................................... 119
  24.16  Counterparts ....................................................................................................................... 119

EXHIBIT 1

C-470 TOLLED EXPRESS LANES SEGMENT 1 DESIGN-BUILD PROJECT
PROJECT: NHPP 4701-124  CONTRACT ROUTING 16-HA1-ZG-00140
BOOK 1 – CONTRACT

## 4.0 TIME WITHIN WHICH PROJECT SHALL BE COMPLETED; SCHEDULING

### 4.1 Time of Essence

Time is of the essence of the Contract.

### 4.2 Notices to Proceed

#### 4.2.1 Issuance of Notice-to-Proceed 1

The Contractor shall begin performance of certain limited Work as directed and described in Notice-to-Proceed 1 (NTP1) issued by CDOT. NTP1 Work that may be performed includes all Work and activities consistent with CDOT's Approval in accordance with Book 2. The amount to be paid to the Contractor for Work performed pursuant to NTP1 shall not exceed the NTP1 Payment Cap. If CDOT issues NTP1 after 30 days from executed contract, through no fault, negligence, act or failure to act of Contractor, Contractor shall be entitled to an extension of the Completion Deadlines to the extent of the delay between 30 days after the contract was executed and the date CDOT issues NTP1.

#### 4.2.2 Issuance of Notice-to-Proceed 2

The Contractor shall begin performance of the remainder of the Work as directed and described in Notice-to-Proceed 2 (NTP2) issued by CDOT. CDOT shall issue NTP2 upon Approval in accordance with Book 2 Within ten Working Days after Contractor's submittal of the Initial Schedule to CDOT, CDOT shall either Accept the Initial Schedule and issue NTP2 or provide Contractor with reasons why it is unable to Accept the Initial Schedule. In the event that CDOT fails to either Accept the Initial Schedule and issue NTP2 or provide reasons why it is unable to Accept the Initial Schedule within ten Working Days after Contractor's submittal of the Initial Schedule to CDOT, such delay thereafter shall constitute a CDOT-Caused Delay.

### 4.3 Completion Deadlines

#### 4.3.1 Project Completion Deadline

The Contractor shall achieve Project Completion within the deadline therefore set on Exhibit B. Said Deadline, as it may be extended hereunder, is referred to as the "Project Completion Deadline."

#### 4.3.2 Final Acceptance Deadline

The Contractor shall achieve Final Acceptance within 90 days after Project Completion Deadline. Said deadline for Final Acceptance, as it may be extended hereunder, is referred to as the "Final Acceptance Deadline."

#### 4.3.3 No Time Extensions

Except as otherwise specifically provided in this Section and Section 13, CDOT shall have no obligation to extend the Completion Deadline and the Contractor shall not be relieved of its obligation to comply with the Contract Schedule and Final Acceptance Deadline by the applicable Completion Deadline for any reason.

directed but shall have the right pursuant to Section 13.3 to request that CDOT issue a Change Order with respect thereto).

### 13.1.1.3 Performance of Changed or Extra Work

As a condition precedent to the Contractor's right to receive additional payment or an extension of a Completion Deadline for changed or extra work, the Contractor shall have received either a Directive Letter from CDOT stating that it is issued pursuant to Section 13.1.1.2 or a Change Order for such work executed by CDOT. To the extent that the Contractor undertakes any such work without receiving a Directive Letter or Change Order executed by CDOT, the Contractor shall be deemed to have performed such work voluntarily and shall not be entitled to a Change Order in connection therewith. In addition, the Contractor may be required to remove or otherwise undo any such work, at its sole cost.

### 13.1.2 Directive Letter as Condition Precedent to Claim that CDOT-Directed Change Occurred

In addition to provision of a PCO Notice and subsequent Change Order request pursuant to Section 13.3, receipt of a Directive Letter from CDOT is a condition precedent to the Contractor's right to claim that a CDOT-Directed Change has occurred, provided that no Directive Letter shall be required for alleged CDOT-Directed Changes directly attributable to delays caused by bad faith actions, active interference, gross negligence or comparable tortious conduct by CDOT. The fact that a Directive Letter was issued by CDOT shall not be considered evidence that in fact a CDOT-Directed Change occurred. The determination whether a CDOT-Directed Change in fact occurred shall be based on an analysis of the original Contract Document requirements and a determination whether the Directive Letter in fact constituted a change in those requirements. The foregoing requirements shall not imply that a Directive Letter would be required in order for the Contractor to have the right to receive compensation for Work within its original scope for which additional compensation is specifically allowed under this Section 13 (such as for Relocation of previously misidentified underground Utilities, if a Change Order is allowed therefore pursuant to Section 6.2).

### 13.1.3 Changes in Law

Contractor shall be entitled to an increase in the Contract Price for any change in a Legal Requirement, change in the judicial interpretation of a Legal Requirement, or adoption of any new Legal Requirement, which is materially inconsistent with Legal Requirements in effect on the Proposal Due Date (excluding any such change or new Legal Requirement which was passed or adopted but not yet effective as of the Proposal Due Date), and which: (i) requires a material modification in the Work; (ii) requires the Contractor to obtain a State or federal environmental approval not previously required for the Project; (iii) eliminates existing tax exemptions or increases applicable sales taxes; or (iv) specifically targets the Project or the Contractor. CDOT shall be entitled to a decrease in the Contract Price for any change in Legal Requirements that reduces the cost of the Work, if and to the extent that the change: (i) allows a material modification in the design of the Project resulting in a net cost savings; or (ii) reduces the requirements of complying with environmental approvals.

## 13.2 Procedure for CDOT Initiated Change Orders

This Section 13.2 concerns Change Orders issued by CDOT following a Request for Change Proposal and Change Orders unilaterally issued by CDOT.

## 16.0　DEFAULT

## 16.1　Default by Contractor

### 16.1.1　Events of Default

The Contractor shall be in breach under the Contract upon the occurrence of any one or more of the following events or conditions:

1. The Contractor fails to promptly begin the Work under the Contract Documents following issuance of NTP1.

2. The Contractor fails to perform the Work with sufficient resources to ensure the prompt completion thereof; (i.e., the Contractor fails to execute remedial action in accordance with the Quality Management Plan and Book 2, Section 3.0).

3. The Contractor fails to perform the Work in accordance with the Contract Documents, refuses to remove and replace rejected materials or Nonconforming or unacceptable Work, or fails to remove and replace workers as directed by CDOT under Section 7.10.

4. The Contractor discontinues or suspends the prosecution of the Work (exclusive of Work stoppage due to: (i) termination by CDOT; (ii) a Force Majeure event or suspension by CDOT; or (iii) nonpayment by CDOT not related to a breach by the Contractor).

5. The Contractor fails to resume performance of Work, which has been suspended or stopped, within a reasonable time after receipt of notice from CDOT to do so or (if applicable) after cessation of the event preventing performance.

6. The Contractor breaches any other agreement, representation or warranty contained in the Contract Documents, or the Contractor fails to perform any other obligation under the Contract Documents, including EEO and DBE requirements.

7. The Contractor fails to provide and maintain the required insurance and payment and performance bond.

8. The Contractor assigns or transfers the Contract Documents or any right or interest therein, except as expressly permitted under Section 24.3.2.

9. The Contractor fails, absent a valid dispute, to make payment when due for labor, equipment or materials in accordance with its agreements with Subcontractors and applicable law, fails to comply with any Legal Requirement or Governmental Approval; or fails reasonably to comply with the instructions of CDOT consistent with the Contract Documents.

10. The Contractor fails to discharge or obtain a stay within ten days of any final judgment(s) or order for the payment of money against it in excess of $100,000 in the aggregate arising out of the prosecution of the Work (provided that, for purposes hereof, posting of a bond in the amount of 125 percent of such judgment or order shall be deemed an effective stay).

11. The Contractor or any partner, joint venture member or other member of the Contractor shall have become insolvent, generally does not pay its debts as they become due, admits in writing its inability to pay its debts, or makes an assignment for the benefit of creditors.

12. Insolvency, receivership, reorganization or bankruptcy proceedings shall have been commenced by or against the Contractor or any partner, joint venture member or other member of the Contractor and not dismissed within 60 days.

**EXHIBIT 1**

13. Any representation or warranty made by the Contractor in the Contract Documents or in any certificate, schedule, instrument or other document delivered pursuant to the Contract Documents shall have been false or materially misleading when made.

14. The Contractor is a party to fraud.

### 16.1.2 Right to Cure

CDOT agrees to allow the Contractor and Surety within 15 days of notice, for an opportunity to cure any breach before declaring an Event of Default, provided that no such notice and opportunity to cure is required for any breach, which by its nature cannot be cured. If a breach is curable but by its nature cannot be cured within 15 days, as determined by CDOT, CDOT agrees not to declare an Event of Default provided that the Contractor commences such cure within such 15- Day period and thereafter diligently prosecutes such cure to completion; provided, however, that in no event will such cure period exceed 60 days in total. The Contractor hereby acknowledges and agrees that the events described in Section 16.1.1(7) through (8) and (11) through (14) are not curable. Notwithstanding the foregoing, if CDOT believes a condition affecting the Project poses an immediate and imminent danger to public health or safety, CDOT may, without notice and without awaiting lapse of any cure period, rectify the condition at the Contractor's cost, and so long as CDOT undertakes such action in good faith, even if under a mistaken belief in the occurrence of such default, such action shall not expose CDOT to liability to the Contractor and shall not entitle the Contractor to any other remedy, it being acknowledged that CDOT has a paramount public interest in providing and maintaining safe public use of and access to the Project. CDOT's good faith determination of the existence of such danger shall be deemed conclusive in the absence of clear and convincing evidence to the contrary.

## 16.2 Remedies

### 16.2.1 Rights of CDOT

If an Event of Default occurs, then, in addition to all other rights and remedies provided by law or equity or available under the Contract or otherwise, including the rights to recover Liquidated Damages and to seek recourse against the surety bonds required hereby and/or other performance Security, CDOT shall have the following rights and remedies, without further notice, and without prejudice to any of its other rights or remedies and without waiving or releasing the Contractor from any obligations, and the Contractor shall have the following obligations (as applicable):

1. CDOT may order the Contractor to suspend or discontinue the Work or any portion of the Work.

2. CDOT may terminate the Contract or a portion thereof, in which case, the provisions of Sections 15.2 and 15.3 shall apply.

3. If and as directed by CDOT, the Contractor shall withdraw from the Site; and shall remove such materials, equipment, tools and instruments used by, and any debris or waste materials generated by, any Contractor-Related Entity in the performance of the Work.

4. The Contractor shall deliver to CDOT possession of any or all facilities of the Contractor located on the Site as well as any or all Design Documents, Construction Documents and all other completed or partially completed drawings (including plans, elevations, details and diagrams), specifications, records, information, schedules, samples, Shop Drawings and other documents, that CDOT deems necessary for completion of the Work.

Case No. 1:19-cv-02811-WJM-KAS Document 300-1 filed 12/01/23 USDC Colorado pg 16 of 17

C-470 TOLLED EXPRESS LANES SEGMENT 1 DESIGN-BUILD PROJECT
PROJECT: NHPP 4701-124  CONTRACT ROUTING 16-HA1-ZG-00140
BOOK 1 – CONTRACT

*any and all employees of CDOT and their authorized representatives will thereby be released, discharged and acquitted from any and all claims or liability for additional sums on account of undisputed work performed under the Contract.*

If the Contractor is unable to provide the affidavit in the above form, the affidavit shall certify that all such outstanding matters are set forth in an attached list which shall describe the outstanding matters in such detail as may be requested by CDOT. The affidavit shall include a representation of the Contractor that it is diligently and in good faith contesting all such matters by appropriate legal proceedings and shall provide a status report regarding the same including an estimate of the maximum payable with respect to each such matter.

### 20.1.4 Inspection and Issuance of Notice of Final Acceptance

Upon CDOT's receipt of the Affidavit of Final Completion, CDOT will make final inspection and CDOT will either issue a Notice of Final Acceptance or notify the Contractor regarding any Work remaining to be performed. If CDOT fails to issue a Notice of Final Acceptance, the Contractor shall promptly remedy the defective and/or uncompleted portions of the Work. Thereafter, the Contractor shall provide to CDOT a revised Affidavit of Final Completion with a new date based on when the defective and/or uncompleted portions of the Work were corrected. The foregoing procedure shall apply successively thereafter until CDOT has issued a Notice of Final Acceptance.

## 20.2 Overpayments; No Relief from Continuing Obligations

Final Acceptance will not prevent CDOT from correcting any measurement, estimate or certificate made before or after completion of the Work, or from recovering from the Contractor, the Surety(ies) or both, the amount of any overpayment sustained due to failure of the Contractor to fulfill the obligations under the Contract. A waiver on the part of CDOT of any breach by the Contractor shall not be held to be a waiver of any other or subsequent breach. Final Acceptance shall not relieve the Contractor from any of its continuing obligations hereunder, or constitute any assumption of liability by CDOT.

## 20.3 Opening of Sections of Project to Traffic

### 20.3.1 Plan for Opening to Traffic

The Contract Schedule shall set forth the Contractor's plan for completing Sections of the Project and opening them to traffic. CDOT may request that the Contractor expedite certain Sections of the Project, and the Contractor shall accommodate such requests to the extent that it can do so without significant disruption to its schedule or a significant increase in its costs. Notwithstanding the foregoing, if CDOT orders the Contractor to open portions of the Project which cannot be accommodated without significant disruption to the Contractor's schedule or a significant increase in the Contractor's costs, such direction shall be considered a CDOT-Directed Change.

### 20.3.2 Direction to Open Following Contractor Failure to Perform

If the Contractor is delinquent in completing shoulders, drainage structures or other features of the Work, CDOT may, but is not obligated to, order all or a portion of the Project opened to traffic notwithstanding such incomplete elements. The Contractor shall then conduct the remainder of the construction operations, minimizing obstruction to traffic. The Contractor shall not receive any added compensation due to the added costs attributable to the opening of the Project to traffic.

EXHIBIT 1

C-470 TOLLED EXPRESS LANES SEGMENT 1 DESIGN-BUILD PROJECT
PROJECT: NHPP 4701-124                                  CONTRACT ROUTING 16-HA1-ZG-00140
BOOK 1 – CONTRACT

### 24.9 Notices and Communications

#### 24.9.1 Delivery of Notices

Notices under the Contract Documents shall be in writing and: (i) delivered personally; (ii) sent by certified mail, return receipt requested; (iii) sent by a recognized overnight mail or courier service, with delivery receipt requested; or (iv) sent by facsimile communication followed by a hard copy or with receipt confirmed by telephone, to the following addresses (or to such other address as may from time to time be specified in writing by such Person):

All correspondence with the Contractor shall be sent to the Contractor's Project Manager or as otherwise directed by such Project Manager. The address for such communications shall be:

> Matt Barnes   Project Manager   MBarnes@flatironcorp.com
> Flatiron | AECOM LLC
> 385 Intertlocken Crescent Blvd.   Suite 900
> Broomfield, co 80021
> (720) 284-6852

All communications to CDOT shall be marked with CDOT's project identification number and shall be delivered to CDOT's Project Manager, with copies to such additional Persons as may be designated by CDOT's Project Manager, at the address set forth below:

> Jerome Estes, P.E.   Project Director
>
> Colorado Department of Transportation – Region 1
> 2000 South Holly Street
> Denver, CO 80222
> (303) 757-9295

In addition, copies of all notices regarding disputes, termination, and default notices shall be delivered to the following person(s):

| Kathryn E. Young | David Wells |
|---|---|
| First Assistant Attorney General | Contracting Officer |
| Office of the Attorney General | CDOT HQ |
| 1300 Broadway, 10th Floor | 4201 E. Arkansas Avenue |
| Denver, CO 80203 | Denver, CO 80222 |
| (720) 508-6609 | (303) 757-9480 |

#### 24.9.2 Receipt of Notices

Notices shall be deemed received when actually received in the office of the addressee (or by the addressee if personally delivered) or when delivery is refused, as shown on the receipt of the U. S. Postal Service, private carrier or other Person making the delivery. Notwithstanding the foregoing, notices sent by fax after 4:00 p.m. Mountain Standard or Daylight Time (as applicable) and all other notices received after 5:00 p.m. Mountain Standard or Daylight Time (as applicable) shall be deemed received on the first Working Day following delivery (that is, in order for a fax to be deemed received on the same day, at least the first page of the fax must have been received before 4:00 p.m.).

**EXHIBIT 1**