IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 1:19-cv-02811-WJM-KAS

AECOM TECHNICAL SERVICES, INC.,

    Plaintiff-Counterclaim Defendant,

v.

FLATIRON | AECOM, LLC,

    Defendant-Counterclaim Plaintiff.

## VERDICT FORM

We, the jury, upon our oaths, find and state as follows:

### I. ATS'S BREACH OF CONTRACT CLAIM

1. Do you find by a preponderance of evidence that Flatiron | AECOM, LLC ("the JV") breached the Design Subcontract with AECOM Technical Services, Inc. ("ATS")?

   **X** Yes  _____ No

*If your answer to Question 1 is "Yes," please proceed to Question 2. If your answer is "No," then skip Question 2 and go directly to Question 3.*

2. What amount of compensatory damages do you award to ATS? (You must award at least $1.)

   $ 5,259,105.00

## II. THE JV'S BREACH OF CONTRACT CLAIM

3. Do you find by a preponderance of evidence that ATS breached the Design Subcontract with the JV?

   \_\_\_\_\_ Yes   __X__ No

*If your answer to Question 3 is "Yes," please proceed to Question 4. If you answered "No," please proceed to the end of the Verdict Form and sign and date it.*

4. What amount of compensatory damages do you award to the JV? (You must award at least $1.)

   $_____

5. If you find that any portion of the compensatory damages you have awarded in your response to Question 4 were due solely to delays caused by ATS, state the amount of such damages.

   $_____

6. Do you find by a preponderance of evidence that the JV failed to mitigate any of its damages caused by ATS's contract breach?

   \_\_\_\_\_ Yes   \_\_\_\_\_ No

*If your answer to Question 6 is "Yes," please proceed to Question 7. If you answered "No," please proceed to the end of the Verdict Form and sign and date it.*

7. What amount of the JV's compensatory damages awarded in Question 4 did the JV fail to mitigate?

   $_____

2

*The Foreperson must sign and date this Verdict Form, and then give a note the Bailiff stating that you have reached a verdict, but do not give this Verdict Form to the Bailiff.*

2/23/2024
DATE

8:50 am
TIME

3