**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02811-WJM-KAS

AECOM TECHNICAL SERVICES, INC.,

    Plaintiff/Counter Defendant,

v.

FLATIRON | AECOM, LLC,

    Defendant/Counter Claimant.

---

## AMENDED FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Amended Final Judgment is hereby entered.

THIS MATTER was tried from Monday, January 29, 2024 through Friday, February 23, 2024, before an empaneled jury of eight, Senior United States District Judge William J. Martínez presiding. The case was submitted to the jury on Thursday, February 22, 2024, and the jury rendered a unanimous verdict on all claims on Friday, February 23, 2024.

Pursuant to and in accordance with the jury's verdict, it is therefore

ORDERED that judgment is hereby entered in favor of Plaintiff, AECOM Technical Services, Inc. and against Defendant, Flatiron | AECOM, LLC on Plaintiff's breach of contract claim. It is further

ORDERED that Plaintiff, AECOM Technical Services, Inc. recovers from the Defendant, Flatiron | AECOM, LLC, the amount of *Five Million Two Hundred Fifty-Nine*

*Thousand One Hundred and Five* ($5,259,105.00) Dollars in compensatory damages. It is further

ORDERED that judgment is hereby entered in favor of Counter Defendant, AECOM Technical Services, Inc., and against Counter Claimant, Flatiron | AECOM, LLC on the latter's breach of contract counterclaim.

Pursuant to the [453] Order Denying the Joint Venture's Construed Rule 50 Motions entered by Senior United States District Judge William J. Martínez on March 28, 2024, it is

ORDERED that Flatiron | AECOM, LLC's construed Rule 50(b) motion on AECOM Technical Services, Inc.'s breach of contract claim is DENIED. It is further

ORDERED that Flatiron | AECOM, LLC's construed Rule 50(b) motion on AECOM Technical Services, Inc.'s affirmative defense on failure to mitigate damages is DENIED AS MOOT.

Pursuant to the [492] Order Amending Final Judgment entered by Senior United States District Judge William J. Martínez on August 15, 2024, it is

ORDERED that Plaintiff, AECOM Technical Services, Inc. recovers from the Defendant, Flatiron | AECOM, LLC prejudgment interest at 8% pursuant to C.R.S. § 5-12-102(1)(b) in the amount of $2,460,099. It is further

ORDERED that Plaintiff, AECOM Technical Services, Inc. recovers from the Defendant, Flatiron | AECOM, LLC post-judgment interest at the federal rate pursuant to 28 U.S.C. § 1961, beginning on April 3, 2024. It is further

ORDERED that no penalty interest will be awarded pursuant to C.R.S. § 24-91-103(2).

This case will remain closed.

DATED at Denver, Colorado, this 15th day of August, 2024.

APPROVED:

_____
Senior United States District Judge

FOR THE COURT:
Jeffrey P. Colwell, Clerk

By:  s/H. Guerra
Deputy Clerk